# Court of Appeals
# of the State of Georgia

ATLANTA,　October 28, 2013

*The Court of Appeals hereby passes the following order:*

## A14A0356.  MARIANO ESQUIVEL v. STATE OF GEORGIA.

In August 2011, the State seized personal property from Mariano Esquivel, and it issued a notice of forfeiture.  Esquivel filed a claim to the property, asserting that it belonged to him, was improperly seized, and was not subject to forfeiture.  After striking Esquivel's claim, the trial court entered a forfeiture order on June 19, 2012. Esquivel filed a motion for new trial, which the trial court denied on July 23, 2013. Esquivel seeks to appeal this ruling.

The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  See *Couch v. United Paperworkers Intern. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, the trial court entered its final order on June 19, 2012.  Thus, Esquivel was required to file a notice of appeal within 30 days of that date, which he did not do.

Esquivel filed a motion for new trial, which, when timely filed, extends the time for filing a notice of appeal.  See OCGA § 5-6-38 (a).  However, "[w]here a motion for new trial is not a proper vehicle for review of a trial court's action, the motion has no validity and will not extend the time for filing the notice of appeal." *Pillow v. Seymour*, 255 Ga. 683, 684 (341 SE2d 447) (1986); compare *Nova Group v. M. B. Davis Elec. Co.*, 258 Ga. 7 (364 SE2d 833) (1988) (following default judgment, motion for new trial was proper vehicle for requesting evidentiary hearing on unliquidated damages).  Here, Esquivel's motion for new trial did not extend the time for filing an appeal from the trial court's forfeiture order.  See id.; *Gooding v. Boatright*, 211 Ga. App. 221, 222 (438 SE2d 685) (1993) (motion for new trial is generally not proper method to set aside a judgment). For these reasons, we lack

jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, _10/28/2013_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.